Defendants. (Appeal No. 1.) [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ CHARTER ONE BANK, FSB, Successor by Merger to AL-BANK, FSB, Respondent, v RICHARD F. MILLS, Appellant, et al., Defendants. (Appeal No. 2.) [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ CHARTER ONE BANK, FSB, Successor by Merger to AL-BANK, FSB, Respondent, v RICHARD F. MILLS, Appellant, et al., Defendants. (Appeal No. 3.) [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBY AMBRIATI, Appellant. [979 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Dennis S. Cohen, J.—Attempted Robbery, 1st Degree.) Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN A. CALLOWAY, Appellant. [979 NYS2d 917]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Cayuga County Court, Thomas G. Leone, J.—Promoting Prison Contraband, 1st Degree.) Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL CATES, Appellant. [979 NYS2d 917]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Christopher J. Burns, J.—Aggravated Criminal Contempt.) Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY DINGLE, Appellant. [979 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ-FLAMENCO, Also Known as ROBERTO C. VEGA-